No. 72. COSTELLO *v.* UNITED STATES, 350 U. S. 359. The motion for leave to file petition for enlargement of the scope of review in the order granting certiorari (350 U. S. 819) is denied. The petition for rehearing is also denied. MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of these applications.

No. 744. UNITED STATES *v.* INTERNATIONAL UNION UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW–CIO). Appeal from the United States District Court for the Eastern District of Michigan. Probable jurisdiction noted. The motion to advance is denied. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. *Harold A. Cranefield* and *Joseph L. Rauh, Jr.* for appellee.

No. 608, Misc. KAMPMEYER *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied. *Jack R. Miller* for petitioner. *Solicitor General Sobeloff, Acting Assistant Attorney General Rice* and *Joseph M. Howard* for the United States.

No. 620, Misc. DAVIS *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied. *A. Jerome Hoffmann* and *John W. Graff* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States.